## Davis ag$^t$ Dinely

Cap$^t$ William Davis Attourny to Cornelius Stenwick plaint. ag$^t$ the goods or Estate sometimes belonging to Jn$^o$ Dinely deceased in the hands of Fathergone Dinely as administrato$^r$ to the s$^d$ John Dinely's Estate Defend$^t$ in an action of reveiw of a case tryed in the County Court in Aprill. 73. wherein judgement was given for s$^d$ Steenwick, but appealed from by s$^d$ Dinely to the Court of Assistants where s$^d$ judgement was reversed to the great damage of the plaint. w$^{th}$ due damages according to Attachm$^t$ Dat. Aprill 22th 1675. The Action being called both plaint. & Defend$^t$ appeared & the Attachment being read the Defend$^t$ pleaded for a NonSute for that none of the Defend$^{ts}$ Estate was attached, which the plaint. not making appeare to the Court, they declared the action fell. The plaint. appealed from this Judgement unto the next Court of Assistants & himselfe principall in 10$^{li}$ Tho: Deane & Edw: Willis Sureties in 5$^{li}$ apeice acknowledged themselves respectiuely bound to . . . prosecute his Appeale . . .

[This is the last entry in the protracted litigation between Dinely and Steenwyck, for the beginning of which see pp. 167–73, above. The Court of Assistants did not allow the appeal.]